**UNITED STATES DISTRICT COURT**
OFFICE OF THE CLERK
SOUTHERN DISTRICT OF MISSISSIPPI
Jackson, Mississippi

January 26, 2018

ARTHUR JOHNSTON
CLERK OF COURT

Arthur_Johnston@mssd.uscourts.gov

501 E. Court St., Suite 2.500
Jackson, MS 39201

TELEPHONE
601-608-4010

Divisions

SOUTHERN at Gulfport
2012 15th St., Suite 403, ZIP 39501

EASTERN at Hattiesburg
701 Main St., Suite 200, ZIP 39401

JACKSON & WESTERN at Jackson
501 E. Court St. Ste 2.500, ZIP 39201

Hon. Zack Wallace
Circuit       Clerk of      Hinds      County
P. O. Box 327
Jackson, MS 39205

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
FEB 01 2018
BY ARTHUR JOHNSTON
DEPUTY

RE:   *Edwin G. Champion v. Michael D. Brown, etal*
      Our Case No. 3:17-cv-736DCB-LRA
      Your Case No. 17-03498

Dear Hon. Wallace

Pursuant to 28 U. S. C. § 1447(c), enclosed herewith please find a certified copy of an order of remand entered on   January 24, 2018   in the above-captioned case on the docket of our court. Also enclosed is a certified copy of our docket sheet.

Please indicate your receipt of these documents by completing the acknowledgment on the copy of this letter and returning it to us via the enclosed SASE.

Should you have any questions please contact our office at 6016084000 .

Sincerely Yours,

ARTHUR JOHNSTON, CLERK   By: _____, D. C.

**ACKNOWLEDGEMENT OF RECEIPT**

I hereby acknowledge receipt of the documents referred to above on this the 29 day of Jan , 20 18 .

Zack Wallace
CIRCUIT     CLERK OF     Hinds     COUNTY
By: _____

SEAL